**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-20464-CR-BLOOM/TORRES**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) |
| VICTOR MANUEL ROCHA | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**AGREED MOTION FOR CONTINUANCE OF PRE-TRIAL DETENTION HEARING**

Defendant, Victor Manuel Rocha, by and through his undersigned counsel, files this agreed motion for a continuance of the pre-trial detention hearing, which is presently scheduled for Wednesday, December 6, 2023 at 1:00 p.m. A grand jury indictment charging Mr. Rocha was issued earlier today and, as such, additional time is necessary to adequately prepare for the pre-trial detention hearing. The government does not oppose this request. Both parties are available for this hearing on Tuesday or Wednesday, December 12 or 13, 2023.

Dated: December 5, 2023

                                                                */s/ Jacqueline M. Arango*
                                                                Jacqueline M. Arango, Esq.
                                                                Florida Bar No. 664162
                                                                Email: jacqueline.arango@akerman.com
                                                                Secondary Email: marylin.herrera@akerman.com
                                                               **AKERMAN LLP**
                                                                Three Brickell City Centre
                                                                98 Southeast Seventh Street, Suite 1100
                                                                Miami, Florida 33131
                                                                Phone: (305) 374-5600

73910188;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this *Agreed Motion for Continuance of Pre-Trial Detention Hearing* was filed electronically filed via CM/ECF this 5th day of December, 2023 and served on all counsel of record.

By: /s/ Jacqueline M. Arango
Attorney for Defendant Victor Manuel Rocha