UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-20464-CR-BLOOM/TORRES

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) |
| VICTOR MANUEL ROCHA | ) |
| | ) |
| Defendant. | ) |
| | ) |

### AGREED MOTION FOR CONTINUANCE OF ARRAIGNMENT AND PRE-TRIAL DETENTION HEARING

Defendant, Victor Manuel Rocha, by and through his undersigned counsel, files this agreed motion for a continuance of the arraignment and pre-trial detention hearing which are both presently scheduled for Tuesday, December 12, 2023 at 1:00 p.m. In the interests of justice, defendant seeks to continue the arraignment and pretrial detention hearing for Friday, January 12, 2024. The Government does not oppose this request.

Dated:  December 11, 2023

*/s/ Jacqueline M. Arango*
Jacqueline M. Arango, Esq.
Florida Bar No. 664162
Email: jacqueline.arango@akerman.com
Secondary Email: marylin.herrera@akerman.com
**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Phone: (305) 374-5600

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this *Agreed Motion for Continuance of Arraignment and Pre-Trial Detention Hearing* was filed electronically filed via CM/ECF this 11th day of December, 2023 and served on all counsel of record.

By: */s/ Jacqueline M. Arango*
*Attorney for Defendant Victor Manuel Rocha*