### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 23-CR-20464-BLOOM/TORRES

UNITED STATES OF AMERICA

vs.

VICTOR MANUEL ROCHA,

       Defendant.

_____/

### DEFENDANT'S STIPULATION TO PRETRIAL DETENTION AND MOTION TO CONTINUE ARRAIGNMENT

Defendant hereby requests the Court to: (1) enter an Order of Pretrial Detention pursuant to his stipulation that he be detained pretrial, with a right to revisit by both sides in the future; (2) cancel the pretrial detention hearing currently scheduled for January 12, 2024; and (3) continue the currently scheduled arraignment until February 16, 2024. Defendant makes these requests in the interests of justice which the government does not oppose.

WHEREFORE, Defendant hereby requests that the Court: (1) enter an Order of Pretrial Detention; (2) cancels the currently scheduled detention hearing; and (3) continues the currently scheduled arraignment until February 16, 2024.

Respectfully submitted,

By: s/ *Jacqueline M Arango*
Jacqueline M. Arango, Esq.
Florida Bar No. 664162
Email: jacqueline.arango@akerman.com
Secondary Email:
marylin.herrera@akerman.com
AKERMANLLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Phone: (305) 374-5600

74301253;1

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on January 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.


<u>*s/Jacqueline M. Arango*</u>
Attorney for Defendant Manuel Victor Rocha

2

74301253;1