UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20464-BLOOM

UNITED STATES OF AMERICA

vs.

VICTOR MANUEL ROCHA,

    **Defendant.**

_____/

## NOTICE OF APPEARANCE

The undersigned Assistant United States Attorney, Sara Klco hereby appears as counsel for the United States of America regarding any forfeiture matters in the above-styled case.

Respectfully submitted,

**MARKENZY LAPOINTE
UNITED STATES ATTORNEY**

By:     *s/ Sara M. Klco*
Sara M. Klco
Assistant United States Attorney
Florida Bar No. 60358
99 N.E. 4th Street, 7th Floor
Miami FL, 33132-2111
Telephone: (305) 961-9165
E-mail: Sara.Klco@usdoj.gov
*Counsel for the United States of America*