UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CR-20464-BLOOM/TORRES

UNITED STATES OF AMERICA

vs.

VICTOR MANUEL ROCHA,

    Defendant.

_____/

### DEFENDANT'S WAIVER OF APPEARANCE

    I, Victor Manuel Rocha, the above named defendant, acknowledge that I have been advised by my lawyer and the Court that pursuant to Rules 10 and 43 of the Federal Rules of Criminal Procedure and the Sixth Amendment to the U.S. Constitution, I have the right to be personally present in open court to be arraigned (that is, advised of the charges against me), and have the indictment read to me in open court. Understanding my rights, I do hereby freely and voluntarily waive my right to be present at my arraignment presently scheduled for February 16, 2024 and my right to have the indictment read to me in open court. I have received a copy of the indictment and I have discussed the charges contained in the indictment and the waiver of appearance at arraignment with my attorney. I fully understand the nature of the offenses charged against me and the right to appear at arraignment. As evidenced by my signature affixed below, I do hereby waive formal arraignment and enter my plea of NOT GUILTY to the indictment.

                                                    _____
                                                  VICTOR MANUEL ROCHA

Respectfully submitted,

By: /s/ Jacqueline M Arango
Jacqueline M. Arango, Esq.
Florida Bar No. 664162
Email: jacqueline.arango@akerman.com
Secondary Email:
marylin.herrera@akerman.com
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Phone: (305) 374-5600

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 14, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Jacqueline M. Arango
Attorney for Defendant Manuel Victor Rocha