Carolyn Chester
2402 N 58th Street
Omaha, NE 68104
carolinacl@cox.net

April 9, 2024

Honorable Judge Beth Bloom
United States Courthouse
400 North Miami Avenue
Chamber 10-2
Miami, FL 33128

Re: USA vs. Victor Manuel Rocha
Case No. 1:23-CR-20464-BB-1

My name is Carolyn Chester and I represent my family claim against Cuba, which is Certified by the U.S. Foreign Claims Commission, CU 1704.

I am writing to you concerning the plea deal of Ambassador Rocha, who is accused of espionage activities on behalf of Cuba. While I understand the complexities and sensitivities involved in judicial proceedings, especially in cases concerning national security and international relations, I implore you to consider the broader implications of this plea deal on American citizens who have suffered injustices due to actions potentially connected with espionage activities.

More than 64 years ago, my family's property in Cuba was confiscated without compensation, a fate shared by thousands of American families. Efforts to seek justice and compensation have been thwarted, leaving wounds open and unresolved. The intricacies of these cases are deeply entangled with the diplomatic relations between the United States and Cuba, a process that could have been contaminated by espionage activities, including those allegedly conducted by Ambassador Rocha.

It has come to my attention that Ambassador Rocha once directly engaged with me under the guise of resolving my claim. His proposition to purchase my claim was not only unorthodox but raised questions about the legality of his intentions. This interaction suggests a potential manipulation of the settlement process that could have broader implications for many Americans seeking justice. I urge you, as you consider the plea deal before you, to weigh the potential impacts of Ambassador Rocha's actions on the settlement processes for American claims against Cuba. The plea deal should not only serve the interests of justice in a narrow sense but also consider the broader implications for American citizens who have waited decades for a resolution.

The decision you make will resonate beyond the courtroom, affecting the lives of thousands who have been left in limbo, waiting for a fair resolution. As such, I respectfully ask that you consider the broader ramifications of Ambassador Rocha's actions on the negotiation and settlement processes involving American property claims in Cuba.

Thank you for considering my perspective in this matter. I trust in your judgment and dedication to justice as you make this significant decision.

Sincerely,
*Carolyn Chester*
Carolyn Chester

CU 1704