UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



Miami, May 10, 2024

Judge Beth Bloom

23 cr 20464

Honorable Judge:

    Hereby, I, Francisco Pastor Chaviano González, a naturalized US citizen, come before you to file a lawsuit against the accused of being a Cuban spy, Mr. Víctor Manuel Rocha. I have experienced 30 years of abuse because of this Mr. Rocha and his link with Fidel Castro: 15 years of prison in Cuba, economic and moral injuries, as well as a forced exile.

    Fidel Castro, among others, blamed me for the "1992-95 Exodus" because of my work on THE MISSING IN THE STRAITS OF FLORIDA. From the end of 1993, until May/94, the problems of aggression directed personally by Fidel Castro against me began. He wanted to entangle me in two attacks against his person, in December/93 Rocha managed to block the departure of the activist Juan Carlos González and in February/94 Castro ordered the DSE to file a file on me as a visa seller to discredit me. I alerted Mr. Sibila (2nd secretary of SINA) and at my request, all the cases that the group had endorsed were reviewed.

    They arrested me May/7/94, they only had the case of Representative José Antonio Pérez for revealing a memorandum presented at the UN. In July they already had all the documents with confidential information that I delivered to the SINA and hence the arrest of Juan Carlos, Officer San Martín Albistur and others. The trial hearing took place in April 15/95. There, no case of visa sale was heard (there was a case of application by a friend of Cap. San Martín that was reported to Mr. Sibila). I was sanctioned for: DOCUMENT FORGERY (3 years) and REVELATION OF SECRETS CONCERNING STATE SECURITY (15 years). Headed by visas (forgery) because yes, against the grain of Jurisprudence.

    I spent a year in Villa Marista and the rest of the 15 years in the Combinado del Este Prison. At the end of '95, my representative, the Democratic Directorate, stopped helping my family. Furthermore, using the words of a G-2 collaborator as a wild card, he began to spread the story of Castro's visas. All of this is the work of Mr. Víctor M. Rocha, who put this exile opposition group to execute Castro's orders. I did not find out about this until 20 years later, when I arrived in the United States. From July/1994 to July/95, Rocha worked in the State Department, as director for Inter-American Affairs at the United States National Security Council, with responsibility special about Cuba. And then he continued in July /1995 to July /97, as Vice Principal of the US Interests Section (SINA) in Havana, Cuba. Therefore, I would like the Secretary of State to corroborate us:

- That they knew our performance, especially about the missing people.
- That they knew of Representative José Antonio Pérez and that they used his document at NU.
- That they knew about the actions against me and the SINA carried out by the Secretary of the Council of State José Millar Barrueco and the vice president Carlos Lage.
- That months before the arrest, we made known to them, signed by our Secretariat, the information of Cap. Augusto Cesar San Martín, of Fidel Castro's order to make me a visa seller file and that we review the legitimacy of all cases.
- From my friend Mr. Christofer Sibila, I ask you to confirm that I informed you verbally about the donation program for emigrating activists. As well as, that I honestly informed you of the true reference regarding the case of Mr. Rolando Verde.

    I was released in August 10/2007 and began to display my usual activism: I directed the Liberal Unit for a year; I created the Parliament project: "Agenda for the Cuban Transition" to unite all opposition groups. In the 2nd term Mrs. Gisela Delgado, Mr. Félix Bonne and I who served as spokesperson and treasurer.

In the 3rd term we had to face an attack from the DSE. Bonne and I repeated in recognition of our performance and three people who collaborated with the G-2 were added: Mr. René Gómez Manzano, his wife Ms. Ana Margarita Perdigón and Ms. Martha Bonachea (agent). They paralyzed the "Agenda" a month after taking command and began to maneuver to throw me out, but I didn't give them a chance. Then they prepared a trap for me with the collaboration of the DSE and always Mr. Rocha. It happened on December 8/2010. Gómez Manzano physically attacked me and it was filmed by the DSE who posted it on YouTube on December 10 Human Rights Day. I demanded the application of the REGULATION and the creation of an Ad-Dog commission to investigate what happened. It was created despite the opposition of the plotters, they carried out the pertinent investigations and gave their verdict expelling the traitors.

The "Agenda" continued to function with new vigor, but power takes power when it loses and the objective was to end my person and creation (Agenda). I began to have difficulties in the SINA and the financial support for my groups disappeared, the Cambio Blog – Debate Cuba also, Felipe, the NET official who ran it and did not want to lose us due to the seriousness of our work, in May/2011 I He said sadly: "You don't know how high a level they are putting pressure on me to abandon you." Who was that high-level Obama administration official? Obviously Mr. Rocha or someone at his request. We were left with only the payment for Cubanet where my wife Ana and I published, but it also began to languish there. And we were forced to leave Cuba against our wishes.

When we arrived in exile we began to find out things and others happened: my Internet contacts were deleted, I was without Facebook for two years; My son had two trucks break down in a row. Reason why I went with Mr. Orlando Gutiérrez to see Mr. George L. Piro Special Agent in Charge of the FBI to whom I told what happened. Upon leaving this meeting, Orlando told me about the visas that I considered a closed case, I reproached him for the 20-year delay, I invited him to investigate at the Secretary of State. Anyway, in the following days it became clear that it was a collaboration between those here and those from Cuba. A few years later I found out that the Obama-Castro agreement had been negotiated to crush a group of us here, something that Congressman Mario Díaz-Balar later corroborated.

We were condemned to ostracism and poverty: my wife got a $40/hr job and strangely lost it a week later; Despite being the best record in her course at the national level, a secondary and university teaching teacher with several postgraduate degrees, she was unable to revalidate her degree in this country, she tried three times until she was convinced that they did not want to approve her and she has had to work for ⅓ of what was due. For me it has been the same, my promotion efforts have been in vain, despite my ability, knowledge and good performance. The forces that collaborate with the "Rocha" have prevented me from improving. Instead they create debts of tens of thousands of dollars, they sabotage my businesses, my books. I am not exaggerating, on the contrary, this is a pale synthesis, the reality is much worse.

For several weeks I have been looking for a lawyer to represent me in this lawsuit, they have told me: You have a case, it will cost you more than $40,000.00, but first I have to consult with the FBI and depending on what they tell me I will take it. Since then he has been lost. That is, the FBI determines who can sue and who cannot. **That is why I am coming to you, because without your help I will not get a lawyer.**

I have been pursuing this lawsuit for years, as you can see in **Case 1: 22-CV-20887-KMW**, which was closed because the letter asking for a response arrived after the deadline. There I say that there was a high official doing things, but Rocha was still in the shadows. . This is the rectification where I only blame Mr. Rocha, I want the attacks to stop and the damage to be restored to us.

Sincerely,

Prof. Francisco Pastor Chaviano González.
15149 SW 173 Terrace, Miami, FL 33187 /Phon:(407) 860 9511 /
Email: franciscochaviano@gmail.com,