UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.
MAY 30 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Miami, May 30, 2024
A: Judge Beth Bloom
Honorable Judge:      / Caso: 23-CR-20464

Hereby, I, **Francisco Pastor Chaviano González**, citizen, come before you by this means, to add the rest of my compatriots to my lawsuit against the accused Cuban spy Mr. Víctor Manuel Rocha, of whom they were victims. All of them members of the National Council for Civil Rights (CNDC). They were detained after May 7/1994, due to the documents and information provided by Mr. Rocha. They are:

-**José Antonio Pérez González**, citizen, former deputy for Placetas of the National Assembly of People's Power of Cuba. He was detained under interrogation for the Cuban Foreign Policy document and (Memorandum). As well as other documents that were delivered to the SINA and later appeared in the hands of the DSE. He did not serve prison, but he was removed from Parliament and from his position as Director of the Abel Santa María School in Placetas, by Resolution #1 of the Council of State, which also banned him from all types of employment without the right to appeal.
**José A. Pérez**, lives in 8005 Winston Ln, Tampa, FL 33615
Phone: (813) 786 7323 / Email: joseplacetas@gmail.com       Authorized signature photo

-**Augusto Cesar San Martín Albistur**, resident, former captain of Dept. 21 of the DSE, who began to collaborate with us around May/1993, giving us valuable information on how many action plans were activated against our group, including: order from Fidel Castro to Department 21 to make me a case as a visa seller, the list of agents who visited the SINA (such as Alfonso Larrea Barroso) and other documents of interest to the US regarding Cuban penetration in America.     // NOTE: He has an independent lawyer, but he is our witness so we must appear on the same day.
-**Juan Carlos González Vázquez,** citizen, activist in charge of liaison with DSE officers. In December/1993, he had to emigrate to this country, but unnaturally his flight date was withheld for five months until we were detained. This was the first notion we had that something bad was happening. Officially, Mr. Rocha was in the Dominican Republic, but two elements must be taken into account that this retention is linked to the case of revelation of secrets and that the diplomats began to bond with the assigned mission months before occupying it. Juan Carlos González was sentenced to eight years in prison, lost his marriage and suffered many other personal damages.
 - **Juan Carlos González Vázquez**--
- **Alberto Boza Vázquez (Andy) Retired DSE Officer**—nephew of Juan Carlos. / We are searching for information about both of them, unknown location.

-**Abel Del Valle Díaz**, citizen, former officer of the Economic Department of PNR of Cuba. He began collaborating with our group (CNDC) in April/1993. He was giving us information sent by General Patricio de la Guardia Font from the military prison. He was sentenced to four years.
**Abel del Valle**, lives in 13781 SW 10th Terrace, Miami, FL 33184
Phone: (786) 521 5347 / Email: abeldelvalle@comcast.net,

-**Pedro Labrador Jilimas**, citizen. He was a member of the (CNDC) since 1991, a watchman who denounced any violation of freedoms, delegate of La Lisa Municipality. He stood out on the issue of missing persons, contributing several cases, among others, that of the Canimar River. He gave us documents from Del **Valle** that linked him to this case. He served a year and a half.
**Pedro Labrador**. Lives in 13460 SW 6 Place, Davie, FL 33325
Phone: (786) 486 7124 / Email: pedrojilimas@gmail.com,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami, Mayo 30, 2024
A: Jueza Beth Bloom
Honorable Magistrada:            / Caso: 23-CR-20464

Por la presente, Yo **Francisco Pastor Chaviano González**, ciudadano. Vengo ante usted por este medio, para agregar al resto de mis compatriotas a mi demanda contra el inculpado por espía de Cuba Sr Víctor Manuel Rocha, del cual fueron víctimas. Todos ellos miembros del Consejo Nacional por los Derechos Civiles (CNDC). Fueron detenidos posterior a mayo 7/1994, debido a los documentos e informaciones que entregó el Sr. Rocha. Son ellos:

-**José Antonio Pérez González**. Ciudadano. Exdiputado por Placetas de la Asamblea Nacional del Poder Popular de Cuba. Estuvo detenido bajo interrogatorio por el documento de Política Exterior de Cuba y (Memorando). Así como otros documentos que se entregaron en la SINA y luego aparecieron en manos del DSE. No cumplió prisión, pero lo sacaron del Parlamento y de su puesto de Director del Centro Escolar Abel Santa María de Placetas, por la Resolución #1 del Consejo de Estado quien además, le proscribía de todo tipo de empleo sin derecho a apelación.
  **José A. Pérez, vive en 8005 Winston Ln, Tampa, FL 33615**
  Teléfono: (813) 786 7323 / Email: joseplacetas@gmail.com,
  /                                                                       Foto de firma autorizada

-**Augusto Cesar San Martín Albistur**, Residente, excapitán del Dpto. 21 del DSE, quien comenzó a colaborar con nosotros alrededor de Mayo/1993, dándonos valiosa información sobre cuanto plan de acción contra nuestro grupo era activado, entre lo que se incluye: la orden de Fidel Castro que recibió el Departamento 21 de hacerme una causa de vendedor de visas, la lista de los agentes que visitaban la SINA (como Alfonso Larrea Barroso) y otros documentos de interés para EE.UU sobre la penetración cubana en América.
  NOTA: Tiene abogado independiente, pero es testigo nuestro por lo que debemos de comparecer el mismo día.

-**Juan Carlos González Vázquez**, Ciudadano, activista encargado del vínculo con los Oficiales del DSE. En Diciembre/1993, debió emigrar a este país, pero contranaturalmente su fecha de vuelo fue retenida durante cinco meses hasta que nos detuvieron. Esta fue la primera noción que tuvimos de que algo malo estaba sucediendo. Oficialmente el Sr. Rocha estaba en República Dominicana, pero debe tenerse en cuenta dos elementos: Que esta retención está vinculada al caso de revelación de secretos y que los diplomáticos comienzan a vincularse con la misión asignada meses antes de ocuparla. Juan Carlos González, fue sancionado a ocho años de prisión, perdió su matrimonio y otros muchos daños personales.
  **Juan Carlos González Vázquez**--/ Se desconoce el paradero de ambos / estamos procurando
  **Alberto Boza Vázquez (Andy) Oficial retirado DSE**—Sobrino de Juan Carlos / información

-**Abel Del Valle Díaz**. Ciudadano. Exoficial de la Policía Económica de PNR de Cuba. Comenzó a colaborar con nuestro grupo el (CNDC) en Abril/1993. Nos estuvo dando información enviada por el general Patricio de la Guardia Font desde la prisión militar. Lo sancionaron a cuatro años.
  **Abel del Valle**, vive en 13781 SW 10th Terrace, Miami, FL 33184
  Teléfono: (786) 521 5347 / Email: abeldelvalle@comcast.net,

-**Pedro Labrador Jilimas**, ciudadano. Fue miembro del (CNDC) desde 1991, velador denunciante de toda violación de las libertades. Delegado del Municipio la Lisa. Se destacó en el tema de los desaparecidos aportando varios casos, entre otros el del Rio Canimar. Nos hizo llagar documentos de Abel del Valle que lo vincularon a esta causa. Cumplió un año y medio.
  **Pedro Labrador**. Vive en 13460 SW 6 Place, Davie, FL 33325
  Teléfono: (786) 486 7124 / Email: pedrojilimas@gmail.com,