

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami, June 20, 2024
A: Judge Beth Bloom.
Honorable magistrate:

**Case: 23-CR-20464**

Unfortunately, my days of hope for being summoned to the Hearing about restitution in the case mentioned above, are over; despite that I was Castro's main charge to his agent Rocha. I can't even think about attending the hearing on the 21st. They probably won't let me in although it is public, but you know that this commits flagrant illegality and abuse.

During the first half of the 1990s, I was the most prominent opponent of Castro and therefore the regime's main objective. Rocha retained the family of Juan Carlos González in Dec/93; he handed over our secret documents that he had on hand at the end of '94; and as a security advisor and specialist about Cuba in the White House until '95. He advised President Clinton to please Fidel Castro by pejoratively adding to the sanctions against me. So, to the 15 years that Castro forced me to serve in his dungeons, Clinton joined in with an extra-penal sanction of prohibiting the Cuban Democratic Directorate from giving help to my family as was its duty. Then Rocha continued during '96 and '97 as the 2nd head of the SINA, defaming me at his discretion, relying on the FBI. The betrayal was such that Castro shot down the Brothers to the Rescue planes, to scare Clinton away, and they continued to collaborate with him.

When Barack Obama assumed the presidency, Rocha was an advisor to the Southern Command- a very important position-, and famous as a super specialist in Cuba. Who can doubt that he served as a consultant to Obama, to resume Clinton's path and go much further: he returned Castro's spies and signed the Obama-Castro agreement where he undertakes to punish in Exile whoever they ask him. They started by extraditing me against my will, they cut off my support to force me to leave Cuba. Clinton's list, in which I had apparently been left alone, was swelled with some from the old exile, a good part of the Group of 75 and others. Extra-criminal and extra-territorial punishments range from blocking economic improvement to the death of the opponent. There were several deaths that were at least strange, among them: that of Dr. Darsi Ferrer Ramírez, Mr. Nelson Molinet Espino and more recently, compatriot Juan Carlos Herrera Acosta from a rare heart attack (I remind you that they were also promoting a heart attack on me). Just as they disappointed Clinton, they did the same to Obama. They murdered several compatriots including two Sakharov Prize winners, loaded a Korean Ship with weapons, and did a sonic attack on diplomats. All so, that he would withdraw from his efforts to lift the embargo. However, they continued to honor the agreement and now they have just done the same to Biden with the Russian submarine and its flotilla.

It is a shame that this country that we love, a beacon of freedom and democracy for the world, has disrupted its historic path in the last three governments of the Democratic Party, taking a course towards "TOTALITARISM": The Obama-Castro agreement that looks to undertake the crimes of the Castros, their narco-terrorist enemy, is shocking. They cannot be covered up by accusing the other party of being a dictator. The facts are what define the truth. If an institution decides who can have a lawyer and who cannot; to whom to restore damages and to whom not, it is a sign that the judiciary is no longer independent, and in recent years we have seen and experienced things that leave much to be desired. This is no longer a country of laws! The press is also subordinate to this thing. I wonder if the FBI is the accountable for that.

I inform you that I will go abroad with my family on vacation and that, if anything happens to us, I hold the Obama-Castro agreements responsible. Likewise, I want to make it clear that the case remains open regarding myself and compatriots who have not been compensated.

Prof. Francisco Chaviano González
Former prisoner of conscience who served the longest in the 20th century
Email: franciscochaviano@gmail.com / Phone: (407) 860 9511

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami, Junio 20, 2024
A: Jueza Beth Bloom
Honorable Magistrada:

**Caso: 23-CR-20464**

Lamentablemente se me acabaron los días de esperanza de que me cite a la Audiencia de restitución en el caso mencionado arriba, a pesar de yo haber sido la principal encomienda de Castro a su agente Roche. No puedo ni pensar en asistir a la audiencia del día 21, porque, aunque es pública, probablemente no me dejarán entrar. Pero usted sabe que con ello se comete una flagrante ilegalidad y un abuso.

Durante el 1er lustro de los años noventa, fui el opositor a Castro más destacado y por tanto principal objetivo del régimen. Rocha retuvo a la familia de Juan Carlos González en Dic/93; entregó nuestros documentos secretos que tenía a mano a finales del 94; y como asesor de seguridad y especialista sobre Cuba en la Casa Blanca hasta el 95, le aconsejó al presidente Clinton complacer a Fidel Castro sumándose peyorativamente a las sanciones contra mi persona. De modo que a los 15 años que Castro me impuso cumplir en sus mazmorras, Clinton se sumó con una sanción extrapenal de prohibirle al Directorio Democrático Cubano que le diera ayuda a mi familia como era su deber. Y siguió Rocha durante el 96 y 97 de 2do jefe de la SINA difamando de mi persona a discreción apoyándose en el FBI. La traición fue tal, que Castro derribó las avionetas de Hermanos al Rescate, para espantar a Clinton y ellos le siguieron colaborando.

Cuando Barack Obama asumió la presidencia, Rocha estaba de asesor del Comando Sur, un cargo muy importante y además afamado como super especialista en Cuba. Quien puede dudar que le sirvió de consultor a Obama, para retomar el camino de Clinton e ir mucho más allá: le devolvió los espías a Castro y firmó el acuerdo Obama-Castro donde se compromete a castigar en el Exilio a quien ellos le encomendaran. Empezaron por mí extraditándome contra mi voluntad, me cortaron la sustentación para obligarme a salir de Cuba. La lista de Clinton en la que al parecer yo había quedado solo, se engrosó con algunos del viejo exilio, buena parte del Grupo de los 75 y otros. Los castigos extrapenales y extraterritoriales van desde bloquearle la mejora económica, hasta la muerte del opositor. Hubo varias muertes cuando menos extraña, entre ellas: la de Dr. Darsi Ferrer Ramírez, Sr. Nelson Molinet Espino y más recientemente de un raro infarto el compatriota Juan Carlos Herrera Acosta (le recuerdo que a mí también me estuvieron promoviendo un infarto cardiaco). Al igual que desplantaron a Clinton, le hicieron lo mismo a Obama, asesinaron a varios compatriotas incluido dos Premios Sájarov, el Barco Coreano cargado de armas, el ataque sónico a los diplomáticos. Todo para que se retirara de su empeño en levantar el embargo. No obstante, continuaron cumpliendo el acuerdo y ahora le acaban de hacer lo mismo a Biden con el submarino ruso y su flotilla.

Es una pena que este país al que queremos, faro de libertad y democracia para el mundo, haya trastocado su andar histórico en los tres últimos gobiernos del Partido Demócrata tomando rumbo al "TOTALITARISMO": Espanta el acuerdo Obama-Castro que puso al FBI a acometer los crímenes de los Castro, su enemigo narcoterrorista. No se pueden tapar acusando al contrario de dictador. Los hechos son los que definen la verdad: que esa institución decida quién puede tener abogado y quien no; a quien restituirle daños y a quien no. Es muestra de que el poder judicial dejó de ser independiente, además en los últimos años hemos visto y experimentado cosas que dejan mucho que desear. ¡Ya este dejó de ser un país de leyes! La prensa también está subordinada a esta cosa. Es una pena que el FBI se haya trastocado en Entidad Criminal Federal.

Le informo que saldré con mi familia de vacaciones al exterior y que, si nos ocurriera algo, responsabilizo a los acuerdos Obama- Castro. Así mismo, quiero dejar claro que el caso queda abierto en cuanto a mi persona y compatriotas que no hayan sido indemnizados.

Prof. Francisco Chaviano González
Exprisionero de conciencia que más años cumplió en el siglo XX
Email: franciscochaviano@gmail.com / telef: (407) 860 9511